**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

PATRICIA PROUD,

      Plaintiff,

                            CASE NO. 08-10211

v.                           HON. LAWRENCE P. ZATKOFF

BERLIN CHARTER TOWNSHIP,

      Defendant.

_____/

## JUDGMENT

      IT IS ORDERED AND ADJUDGED that pursuant to this Court's Opinion and Order dated

December 29, 2009, Plaintiff's cause of action is DISMISSED WITH PREJUDICE.

      Dated at Port Huron, Michigan, this 29TH day of December, 2009.

                                  DAVID J. WEAVER
                                  CLERK OF THE COURT

                       BY:   S/Marie E. Verlinde
                              MARIE E. VERLINDE

APPROVED:


s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE